HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARIGOLD, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORGANIC MILK EXCHANGE, LLC,<br><br>Defendant. | Case No. 2:25-cv-02096-RSL<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE |

THIS MATTER comes before the Court on Plaintiff Darigold, Inc. and Defendant Organic Milk Exchange, LLC's Stipulated Motion to Dismiss with Prejudice. The parties have advised the Court that they have reached a settlement resolving the claims between them. Having considered the Stipulated Motion and the records and files herein, the Court hereby ORDERS:

1. The Stipulated Motion to Dismiss with Prejudice is GRANTED;
2. All claims in this action are DISMISSED WITH PREJUDICE; and
3. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED this 15th day of October, 2026.

HON. ROBERT S. LASNIK
United States District Court Judge



STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3400, Seattle, WA 98101
Telephone 206.624.0900

Presented by:

*/s/ Scott Pritchard*
J. Scott Pritchard (WSBA No. 50761)
Stoel Rives LLP
600 University St., Ste. 3400
Seattle, WA 98101
Tel: (206) 624-0900
Fax: (206) 386-7500
scott.pritchard@stoel.com

*Attorney for Plaintiff*

*/s/ Steven D. Olson (via email authorization)*
Steven D. Olson (WSBA No. 39086)
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Tel: (503) 221-1440
Fax: (503) 274-8779
steven.olson@tonkon.com

*Attorney for Defendant*